# Exhibit A

**Index of Matters Being Filed**

| Exhibit | Description |
|---|---|
| A | Index of Matters Being Filed |
| B | Docket Sheet Listing Pleadings filed in State Court Action |
| C | Plaintiffs' Original Petition filed in the 220th Judicial District, Bosque County, Texas on February 19, 2020 |
| D | Citation to AIC issued by the District Clerk of Bosque County on February 19, 2020 |
| E | Plaintiff's First Amended Original Petition, filed in the 220th Judicial District, Bosque County, Texas on February 21, 2020 |
| F | Return of Service of Plaintiff's Original Petition on AIC served on February 24, 2020 |
| G | Original Answer of AIC filed March 13, 2020 |
| H | List of all Counsel |